[No. 21479–9–I.   Division One.   August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD A. SHUPE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–02229–0, Frank H. Roberts, Jr., J., entered December 8, 1987. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse, A.C.J., and Webster, J.

[No. 21157–9–I.   Division One.   August 14, 1989.]

SEATTLE–FIRST NATIONAL BANK, *Respondent*, v. JSJ, INC., ET AL, *Defendants*, INTEROCEAN SYSTEMS, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 85–2–00579–1, John M. Darrah, J., entered September 10, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Swanson, J., and Cole, J. Pro Tem.

[No. 21349–1–I.   Division One.   August 14, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES THOMAS CASSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–01473–4, Liem E. Tuai, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Grosse, A.C.J., and Webster, J.